UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES MORGAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:10CV586 HEA |
| ) | |
| DEAN MINOR, ) | |
| ) | |
| Respondent. ) | |

## ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Upon consideration of the financial affidavit, the Court has determined that petitioner is unable to afford to pay the filing fee. Consequently, the Court will grant the motion. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall docket this petition as *James Morgan v. Dean Minor.*[1]

Dated this 19th day of April, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

[1]Petitioner has named as respondent the State of Missouri. The proper respondent for a prisoner in custody pursuant to a state judgment is the state officer having custody of the applicant. *See* 28 U.S.C. § 2254, Rule 2(a). Dean Minor, Warden of the Moberly Correctional Center, is the proper respondent.