UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMES MORGAN,                         )
                                      )
          Petitioner,                 )
                                      )
v.                                    )        Case No. 4:10CV586 HEA
                                      )
DEAN MINOR,                           )
                                      )
          Respondent,                 )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation, of
Magistrate Judge David D. Noce that Petitioner's petition for writ of habeas
corpus pursuant to 28 U.S.C. § 2254 be denied.  Petitioner has not filed any
objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound
reasoning of Judge Noce as set forth in his August 15, 2012 Report and
Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's petition for writ of habeas
corpus is denied.

A separate judgment is entered this same date.

Dated this 5th day of June, 2013.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE